IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **08-cv-1846-AP**

**GEORGE J. GUIDRY,**

>              Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

>              Defendant.

---

## ORDER

---

**KANE, J. ORDERS**

Upon consideration of plaintiff's response to the Order to Show Cause the court finds that sufficient cause has been shown.  The Order to Show Cause is DISCHARGED.

DATED at Denver, Colorado this 11th day of February, 2009.

>              BY THE COURT:
>
>              *S/John L. Kane*
>              JOHN L. KANE, SENIOR JUDGE
>              UNITED STATES DISTRICT COURT